UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN PETERSON,<br><br>    Plaintiff(s),<br><br>v.<br><br>UNITED FINANCIAL CASUALTY COMPANY,<br><br>    Defendant(s). | Case No. 2:22-cv-01509-JCM-NJK<br><br>**Order**<br><br>[Docket No. 10] |

    Pending before the Court is a joint discovery plan. Docket No. 10. The Court hereby **SETS** that a scheduling conference for 10:00 a.m. on November 22, 2022, in Courtroom 3C.

    IT IS SO ORDERED.

    Dated: November 18, 2022

                                                Nancy J. Koppe
                                               United States Magistrate Judge

1