DENNIS M. PRINCE
Nevada Bar No. 5092
KEVIN T. STRONG
Nevada Bar No. 12107
**PRINCE LAW GROUP**
10801 W. Charleston Blvd., Suite 560
Las Vegas, NV 89135
Tel: (702) 534-7600
Fax: (702) 534-7601
Email: eservice@thedplg.com
-And-
CRAIG W. DRUMMOND
Nevada Bar No. 11109
LIBERTY A. RINGOR
Nevada Bar No. 14417
**DRUMMOND LAW FIRM**
810 S. Casino Center Blvd., Suite 101
Las Vegas, NV 89101
Tel: (702) 366-9966
Email: craig@drummondfirm.com
Email: liberty@drummondfirm.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN PETERSON, individually,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED FINANCIAL CASUALTY COMPANY; DOES I-V; and ROE CORPORATIONS VI-X, inclusive,<br><br>    Defendants. | CASE NO.:  2:22-cv-1509-JCM-NJK<br><br>**Stipulation and Order to Amend Discovery Plan and Extend Deadlines**<br><br>**(First Request)** |

      Pursuant to Local Rules IA 6-1 and 26-4, Plaintiff, John Peterson, and Defendant, United Financial Casualty Company, through counsel, submit the following Stipulation to Extend

1



Deadlines 60 days. This is the first request for an extension of case deadlines. This stipulation is being submitted 20 days prior to the next discovery deadline.

**A.   Discovery Completed:**

1. The parties have exchanged Rule 26(a) disclosures and supplemented their disclosures.

2. Plaintiff served written discovery on Defendant on January 5th, 2023.

3. Defendant served their responses to Plaintiff's written discovery on February 2nd, 2023 and February 28th, 2023.

**B.   Discovery Remaining:**

1. The parties may serve additional written discovery;

2. The parties may serve additional third-party subpoenas;

3. The parties plan to conduct the following depositions:

- Plaintiff John Peterson
- FRCP 30(b)(6) United Financial Casualty witness
- Witness Rashaka Phillips
- Witness Jalayne Zayas
- Witness Kyle Painley
- Plaintiff's experts
- Defendant's experts

4. The parties will continue to supplement their initial disclosures.

5. In addition, the parties will designate and depose retained and non-retained medical experts, if applicable.

**C.   Need for Extension of Discovery Plan:**

This case involves numerous legal issues related to the entry of a judgment by default in an underlying state court case, policy cancellation issues, claims handling issues as well as insurance bad faith claims. Although the parties have been working diligently to complete discovery, additional time is requested as there are significant logistical issues involved with


10801 W. Charleston Blvd.
Suite 560
Las Vegas, NV 89135

coordinating the schedules of multiple attorneys for multiple witness depositions. In addition, these depositions are not just of fact witnesses, but involve claims handlers and are much more involved than an average witness deposition. For that reason, the parties are requesting additional time so that this complex case can be handled appropriately, and everything can be completed. This request is sought in good faith between two experienced litigation firms who work well together and are trying to complete all of the work that needs to be done in this case. In addition, the parties are very cognizant of the need to move cases through the system and are not seeking the requested time for any improper purpose or to frustrate the goal of timely resolution of the cases pending on the Court's docket.

As stated, respective counsel for the parties have a good working relationship and have discussed this request and are in agreement that an additional 60 days is appropriate. This additional time will also allow the parties sufficient time to continue to conduct discovery.

**D.     Proposed New Discovery Schedule:**

**1. Discovery Cutoff Date:** Discovery cutoff is currently scheduled for June 12, 2023, and will be extended to **August 11, 2023**.

2. **Amendment of Pleadings and Adding of Parties:** Amendment of Pleadings and Adding of Parties is currently **closed.**

**2. Initial Expert Disclosures:** Initial expert disclosures currently due April 13, 2023, will be extended to **June 12, 2023**.

**3. Rebuttal Expert Disclosures:** Rebuttal expert disclosures currently due May 15, 2023, will be extended to **July 14, 2023**.

**3. Dispositive Motions:** Dispositive motions currently due July 12, 2023 will be extended to **September 11, 2023**, which is the first weekday 30 days after discovery cutoff.

**4. Pre-Trial Order:** A Joint Pretrial Order shall be filed by **October 11, 2023**, which is 30 days after the deadline for filing dispositive motions. However, if any dispositive motions are filed, the Joint Pretrial Order shall be due 30 days after decision on such motion(s). Disclosures under Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the Joint Pretrial Order.

IT IS SO ORDERED.
Dated:  March 30, 2023

_____
United States Magistrate Judge

3

Respectfully submitted this 29th day of March 2023.

| **PRINCE LAW GROUP** | **KEATING LAW GROUP** |
|---|---|
| /s/ Dennis M. Prince | /s/ John T. Keating |
| DENNIS M. PRINCE<br>KEVIN T. STRONG<br>10801 W. Charleston Blvd.<br>Suite 560<br>Las Vegas, Nevada 89135<br>*Attorneys for Plaintiff* | JOHN T. KEATING<br>9130 W. Russell Road<br>Suite 200<br>Las Vegas, NV 89148<br>*Attorneys for Defendant* |

