JOHN T. KEATING
Nevada Bar No. 6373
K E A T I N G LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
*jkeating@keatinglg.com*
(702) 228-6800 phone
(702) 228-0443 facsimile
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN PETERSON, individually,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED FINANCIAL CASUALTY COMPANY, a foreign corporation; DOES I-V; and ROE CORPORATIONS VI-X, inclusive,<br><br>Defendants. | CASE NO. :   2:22-cv-1509-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME TO FILE AN OPPOSITION TO PLAINTIFF JOHN PETERSON'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AGAINST DEFENDANT UNITED FINANCIAL CASUALTY COMPANY**<br>**(First Request)** |

Pursuant to LR IA 6-1 and LR II 7-1 the parties have stipulated to extend the briefing schedule for Plaintiff John Peterson's Motion for Leave to File First Amended Complaint Against Defendant United Financial Casualty Company in this matter filed on March 13, 2023 (ECF No. 18). Defendant United Financial Casualty Company shall have up to and including April 12, 2023 (14 days from the date of this Stipulation) in which to file its Opposition to Plaintiff John Peterson's Motion for Leave to File First Amended Complaint Against Defendant United Financial Casualty Company. Plaintiff will then have seven (7) days to file his Reply which will be due on April 19, 2023.

Although Plaintiff's Motion was filed on March 13, 2023, due to a computer/technical issue, Defendant never received service of said Motion. Defendant was then notified by Plaintiff's counsel of the pending Motion on March 29, 2023. The Parties have agreed to

follow the normal briefing schedule as set forth in LR II 7-2 starting from March 29, 2023.

This is the first request for an extension of time requested by the parties related to this Motion (ECF No. 18).

IT IS HEREBY STIPULATED AND AGREED that Defendant United Financial Casualty Company's Opposition to Plaintiff John Peterson's Motion for Leave to File First Amended Complaint Against Defendant United Financial Casualty Company will be due on April 12, 2023 and Plaintiff's Reply will be due on April 19, 2023.

| DATED this 29th day of March, 2023. | DATED this 29th day of March, 2023. |
|---|---|
| KEATING LAW GROUP | PRINCE LAW GROUP |
| By: /s/JOHN T. KEATING/<br>JOHN T. KEATING<br>Nevada Bar No.: 6373<br>9130 W. Russell Road, Ste. 200<br>Las Vegas NV 89148<br>Attorney for Defendant | By: /s/ DENNIS M. PRINCE /<br>DENNIS M. PRINCE<br>KEVIN T. STRONG<br>10801 W. Charleston Blvd., Suite 560<br>Las Vegas, Nevada 89135<br>*Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 30, 2023

2