JOHN T. KEATING
Nevada Bar No. 6373
K E A T I N G LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
*Attorney for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN PETERSON, individually,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED FINANCIAL CASUALTY COMPANY, a foreign corporation; DOES I-V; and ROE CORPORATIONS VI-X, inclusive,<br><br>Defendants. | CASE NO. :   2:22-cv-1509-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME TO FILE AN OPPOSITION TO PLAINTIFF JOHN PETERSON'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AGAINST DEFENDANT UNITED FINANCIAL CASUALTY COMPANY**<br>(Second Request) |

Pursuant to LR IA 6-1 and LR II 7-1 the parties have stipulated to extend the briefing schedule for Plaintiff John Peterson's Motion for Leave to File First Amended Complaint Against Defendant United Financial Casualty Company in this matter filed on March 13, 2023 (ECF No. 18).  Defendant United Financial Casualty Company shall have up to and including April 19, 2023 in which to file its Opposition to Plaintiff John Peterson's Motion for Leave to File First Amended Complaint Against Defendant United Financial Casualty Company.  Plaintiff will then have seven (7) days to file his Reply which will be due on April 26, 2023.

Although Plaintiff's Motion was filed on March 13, 2023, due to a computer/technical issue, Defendant never received service of said Motion.  Defendant was then notified by Plaintiff's counsel of the pending Motion on March 29, 2023.  The Parties have agreed to follow the normal briefing schedule as set forth in LR II 7-2 starting from March 29, 2023.

1

This is the second request for an extension of time requested by the parties related to this Motion (ECF No. 18) and is needed due to counsel's schedule and Defendant's research into the new allegations raised in the motion to amend.

IT IS HEREBY STIPULATED AND AGREED that Defendant United Financial Casualty Company's Opposition to Plaintiff John Peterson's Motion for Leave to File First Amended Complaint Against Defendant United Financial Casualty Company will be due on April 19, 2023 and Plaintiff's Reply will be due on April 26, 2023.

DATED this 11th day of April 2023.

KEATING LAW GROUP

By: /s/John T. Keating
JOHN T. KEATING
Nevada Bar No.: 6373
9130 W. Russell Road, Ste. 200
Las Vegas NV 89148
Attorney for Defendant

DATED this 11th day of April 2023.

PRINCE LAW GROUP

By: /s/Kevin T. Strong
DENNIS M. PRINCE
KEVIN T. STRONG
10801 W. Charleston Blvd., Suite 560
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

**DATED:** April 12, 2023