

DENNIS M. PRINCE
Nevada Bar No. 5092
KEVIN T. STRONG
Nevada Bar No. 12107
**PRINCE LAW GROUP**
10801 West Charleston Boulevard
Suite 560
Las Vegas, NV 89135
Tel:  (702) 534-7600
Fax: (702) 534-7601
Email: eservice@thedplg.com
-And-
CRAIG W. DRUMMOND
Nevada Bar No. 11109
LIBERTY A. PARDEE
Nevada Bar No. 14417
**DRUMMOND LAW FIRM**
3325 W. Sahara Avenue
Las Vegas, Nevada 89102
Tel:  (702) 366-9966
Fax: (702) 508-9440
Attorneys for Plaintiff
*John Peterson*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN PETERSON, individually,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED FINANCIAL CASUALTY COMPANY; DOES I-V; and ROE CORPORATIONS VI-X, inclusive,<br><br>Defendants. | CASE NO.:  2:22-cv-1509-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PLAINTIFF TO FILE HIS REPLY IN SUPPORT OF HIS MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AGAINST DEFENDANT UNITED FINANCIAL CASUALTY COMPANY**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff JOHN PETERSON, through his counsel of record, Dennis M. Prince and Kevin T, Strong of PRINCE LAW GROUP and Craig W. Drummond and Liberty A. Pardee of DRUMMOND LAW FIRM, and Defendant UNITED FINANCIAL CASUALTY COMPANY, through its counsel of record, John T. Keating and Chatree M. Thongkham

of KEATING LAW GROUP, that the deadline for Plaintiff to file his Reply in Support of his Motion for Leave to File First Amended Complaint against Defendant, shall be extended one (1) day, from May 1, 2023 to May 2, 2023.

Plaintiff filed his Motion for Leave to File First Amended Complaint on March 13, 2023. This is the parties' second request for an extension of time allowing Plaintiff to file his Reply. This Stipulation and Order is submitted in accordance with LR IA 6-1.

The parties respectfully request this brief extension of time. Specifically, Plaintiff's undersigned counsel is currently helping to finalize an answer to a writ of prohibition filed in the matter *Sunrise Hospital and Medical Center, LLC, et al. v. Eighth Judicial Dist. Court, Grace*, NVSC Case No. 85844, which is due to be filed on May 1, 2023. Finalizing the answer to the writ petition took more time than Plaintiff's counsel anticipated. As a result, Plaintiff's undersigned counsel respectfully requests just one additional day to finalize Plaintiff's Reply in Support of his Motion for Leave to Amend.

Based on the foregoing, the parties respectfully request this Court to approve the foregoing stipulation. The parties' requested extension is not made in bad faith or to unnecessarily delay these proceedings.

DATED this 1st day of May, 2023.                    DATED this 1st day of May, 2023.

**PRINCE LAW GROUP**                              **KEATING LAW GROUP**

*/s/Kevin T. Strong*                              */s/ John T. Keating*
DENNIS M. PRINCE                                  JOHN T, KEATING
Nevada Bar No. 5092                               Nevada Bar No. 6373
KEVIN T. STRONG                                   CHATREE M. THONGKHAM
Nevada Bar No. 12107                              Nevada Bar No. 11875
10801 W. Charleston Boulevard                     9130 W. Russell Road
Suite 560                                         Suite 200
Las Vegas, Nevada 89135                           Las Vegas, Nevada 89148
Attorneys for Plaintiff                           Attorneys for Defendant

### ORDER

**IT IS SO ORDERED.**

DATED this 2nd day of May, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

