1  DENNIS M. PRINCE
   Nevada Bar No. 5092
2  KEVIN T. STRONG
   Nevada Bar No. 12107
3  **PRINCE LAW GROUP**
   10801 West Charleston Boulevard
4  Suite 560
   Las Vegas, NV 89135
5  Tel:  (702) 534-7600
   Fax: (702) 534-7601
6  Email: eservice@thedplg.com
   -And-
7  CRAIG W. DRUMMOND
   Nevada Bar No. 11109
8  LIBERTY A. PARDEE
   Nevada Bar No. 14417
9  **DRUMMOND LAW FIRM**
   3325 W. Sahara Avenue
10 Las Vegas, Nevada 89102
   Tel:  (702) 366-9966
11 Fax: (702) 508-9440
   Attorneys for Plaintiff
12 *John Peterson*

13                    **UNITED STATES DISTRICT COURT**

14                         **DISTRICT OF NEVADA**

15  JOHN PETERSON, individually,           CASE NO.:  2:22-cv-1509-JCM-NJK

16                                         **STIPULATION AND ORDER TO**
         Plaintiff,                        **EXTEND THE DEADLINE FOR**
17                                         **PLAINTIFF TO FILE HIS**
                                           **RESPONSE TO DEFENDANT'S**
18  vs.                                    **MOTION FOR SUMMARY**
                                           **JUDGMENT; MEMORANDUM OF**
19  UNITED FINANCIAL CASUALTY              **POINTS AND AUTHORITIES IN**
    COMPANY; DOES I-V; and ROE             **SUPPORT THEREOF (ECF No.**
20  CORPORATIONS VI-X, inclusive,          **40)**

21                                         **(First Request)**
         Defendants.
22

23          IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff JOHN

24  PETERSON, through his counsel of record, Dennis M. Prince and Kevin T. Strong of

25  PRINCE LAW GROUP and Craig W. Drummond and Liberty A. Pardee of

26  DRUMMOND LAW FIRM, and Defendant UNITED FINANCIAL CASUALTY

27  COMPANY, through its counsel of record, John T. Keating and Chatree M. Thongkham

28  of KEATING LAW GROUP, that the deadline for Plaintiff to file his Response to

Defendant's Motion for Summary Judgment; Memorandum of Points and Authorities in Support Thereof (ECF No. 40), shall be extended by eighteen (18) days, up to and including Tuesday, January 18, 2023. Plaintiff's Response is currently due on Friday, December 29, 2023. Defendant filed its Motion for Summary Judgment on December 8, 2023. This is the parties' first request for an extension of time allowing Plaintiff to file his Response. This Stipulation and Order is submitted in accordance with LR IA 6-1.

The parties respectfully request this extension of time. Throughout the month of December, Plaintiff's undersigned counsel devoted substantial time and resources to prepare for oral argument before the Nevada Supreme Court in the matter styled *Sunrise Hospital and Medical Center, LLC v. Eighth Judicial District Court; Grace*, NVSC Case No. 85844. Oral argument occurred before the Nevada Supreme Court on December 19, 2023. In addition, Plaintiff's counsel of record, Dennis M. Prince, welcomed the birth of his child in December, which also required him to take some time away from the office. The parties' requested extension of time will allow Plaintiff to comprehensively and substantively respond to the numerous arguments Defendant sets forth in its Motion for Summary Judgment.

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .



2

1   Based on the foregoing, the parties respectfully request this Court to approve the

2   foregoing stipulation. The parties' requested extension is not made in bad faith or to

3   unnecessarily delay these proceedings.

4   DATED this <u>28th</u> day of December, 2023.     DATED this <u>28th</u> day of December, 2023.

5   **PRINCE LAW GROUP**                              **KEATING LAW GROUP**

6

7

8   <u>*/s/Kevin T. Strong*</u>                        <u>*/s/ John T. Keating*</u>
    DENNIS M. PRINCE                                 JOHN T, KEATING
    Nevada Bar No. 5092                              Nevada Bar No. 6373
9   KEVIN T. STRONG                                  CHATREE M. THONGKHAM
    Nevada Bar No. 12107                             Nevada Bar No. 11875
10  10801 W. Charleston Boulevard                    9130 W. Russell Road
    Suite 560                                        Suite 200
11  Las Vegas, Nevada 89135                          Las Vegas, Nevada 89148
    Attorneys for Plaintiff                          Attorneys for Defendant

12                                  **ORDER**

13      **IT IS SO ORDERED.**

14      DATED December 29, 2023.

15

16

17      UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28



3