DENNIS M. PRINCE
Nevada Bar No. 5092
KEVIN T. STRONG
Nevada Bar No. 12107
**PRINCE LAW GROUP**
10801 West Charleston Boulevard
Suite 560
Las Vegas, NV 89135
Tel: (702) 534-7600
Fax: (702) 534-7601
Email: eservice@thedplg.com
-And-
CRAIG W. DRUMMOND
Nevada Bar No. 11109
LIBERTY A. PARDEE
Nevada Bar No. 14417
**DRUMMOND LAW FIRM**
3325 W. Sahara Avenue
Las Vegas, Nevada 89102
Tel: (702) 366-9966
Fax: (702) 508-9440
Attorneys for Plaintiff
*John Peterson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOHN PETERSON, individually,

Plaintiff,

vs.

UNITED FINANCIAL CASUALTY COMPANY; DOES I-V; and ROE CORPORATIONS VI-X, inclusive,

Defendants.

CASE NO.: 2:22-cv-1509-JCM-NJK

**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PLAINTIFF TO FILE HIS RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF (ECF No. 40)**

**(Second Request)**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff JOHN PETERSON, through his counsel of record, Dennis M. Prince and Kevin T. Strong of PRINCE LAW GROUP and Craig W. Drummond and Liberty A. Pardee of DRUMMOND LAW FIRM, and Defendant UNITED FINANCIAL CASUALTY COMPANY, through its counsel of record, John T. Keating and Chatree M. Thongkham of KEATING LAW GROUP, that the deadline for Plaintiff to file his Response to

Defendant's Motion for Summary Judgment; Memorandum of Points and Authorities in Support Thereof (ECF No. 40), shall be extended by five (5) days, up to and including Tuesday, January 23, 2024. Plaintiff's Response is currently due on Thursday, January 18, 2024. Defendant filed its Motion for Summary Judgment on December 8, 2023. This is the parties' second request for an extension of time allowing Plaintiff to file his Response. This Stipulation and Order is submitted in accordance with LR IA 6-1.

The parties respectfully request this brief extension of time. During the course of the last week, Plaintiff's undersigned counsel, Kevin T. Strong, took some time away from the office to care for his 9-month-old son because his wife became very sick with the flu. Shortly thereafter, his 9-month-old son also became sick. As a result, the parties respectfully agree to allow Plaintiff a brief extension to finalize his Response to Defendant's Motion for Summary Judgment.

Based on the foregoing, the parties respectfully request this Court to approve the foregoing stipulation. The parties' requested extension is not made in bad faith or to unnecessarily delay these proceedings.

DATED this 17th day of January, 2024.

**PRINCE LAW GROUP**

*/s/Kevin T. Strong*
DENNIS M. PRINCE
Nevada Bar No. 5092
KEVIN T. STRONG
Nevada Bar No. 12107
10801 W. Charleston Boulevard
Suite 560
Las Vegas, Nevada 89135
Attorneys for Plaintiff

DATED this 17th day of January, 2024.

**KEATING LAW GROUP**

*/s/ John T. Keating*
JOHN T, KEATING
Nevada Bar No. 6373
CHATREE M. THONGKHAM
Nevada Bar No. 11875
9130 W. Russell Road
Suite 200
Las Vegas, Nevada 89148
Attorneys for Defendant

**ORDER**

**IT IS SO ORDERED.**

DATED January 18, 2024.

UNITED STATES DISTRICT JUDGE






10801 W. Charleston Blvd.
Suite 560
Las Vegas, NV 89135