JOHN T. KEATING
Nevada Bar No. 6373
K E A T I N G LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
*jkeating@keatinglg.com*
(702) 228-6800 phone
(702) 228-0443 facsimile
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN PETERSON, individually,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED FINANCIAL CASUALTY COMPANY, a foreign corporation; DOES I-V; and ROE CORPORATIONS VI-X, inclusive,<br><br>Defendants. | CASE NO. :   2:22-cv-1509-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY BRIEF TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br>**(First Request)** |

Pursuant to LR IA 6-1 and LR II 7-1 the parties have stipulated to extend the briefing schedule for Defendant United Financial Casualty Company's Reply to Plaintiff John Peterson's Opposition to Defendant United Financial Casualty Company's Motion for Summary Judgment in this matter filed on January 23, 2024 (ECF No. 45).  Defendant United Financial Casualty Company shall have up to and including February 20, 2024 (14 days from the date of the current deadline of February 6, 2024) in which to file its Reply to Plaintiff John Peterson's Opposition to Defendant United Financial Casualty Company's Motion for Summary Judgment.

This is the first request for an extension of time requested by the parties related to this Opposition (ECF No. 45).

IT IS HEREBY STIPULATED AND AGREED that Defendant United Financial Casualty

1

Company's Reply to Plaintiff John Peterson's Opposition to Defendant United Financial Casualty Company Motion for Summary Judgment will be due on February 20, 2024.

DATED this 2nd day of February 2024.　　　DATED this 2nd day of February 2024.

K E A T I N G LAW GROUP　　　　　　　　PRINCE LAW GROUP

By: /s/John T. Keating　　　　　　　　　　By: /s/Kevin T. Strong
JOHN T. KEATING　　　　　　　　　　　　DENNIS M. PRINCE
Nevada Bar No.: 6373　　　　　　　　　　Nevada Bar No.: 5092
9130 W. Russell Road, Ste. 200　　　　　KEVIN T. STRONG
Las Vegas NV 89148　　　　　　　　　　Nevada Bar No.: 12107
Attorney for Defendant　　　　　　　　　10801 W. Charleston Blvd., Suite 560
　　　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89135
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

IT IS SO ORDERED February 2, 2024.

_____
UNITED STATES DISTRICT JUDGE