DRUMMOND LAW FIRM
Craig W. Drummond, Esq.
Nevada Bar No. 11109
Joseph A. Tutone, Esq.
Nevada Bar No. 16333
3325 W. Sahara Avenue
Las Vegas, Nevada 89102
T: (702) 366-9966
F: (702) 508-9440
Craig@DrummondFirm.com
Joey@DrummondFirm.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN PETERSON, and individual; | CASE NO.: 2:22-cv-01509-JCM-NJK |
| Plaintiff, | |
| vs. | |
| UNITED FINANCIAL CASUALTY COMPANY, a Foreign Corporation; DOES I through V; and ROE CORPORATIONS VI through X, inclusive, | |
| Defendants. | |

### STIPULATION TO SUBSTITUTE LEAD COUNSEL

COMES NOW the Plaintiff under LR 7-1 and LR IA 11-6(c) and requests and consent to change lead counsel of record. Lead counsel of record Dennis M. Prince of Prince Law Group is now deceased. Current co-counsel of record for Plaintiff, Craig W. Drummond, requests and consents to change in as lead counsel for record for Plaintiff.

Upon acceptance of this Stipulation and Order, Dennis M. Prince and Kevin T. Strong will no longer be counsel of record for Plaintiff.

Page 1

Submitted by:

| PRINCE LAW GROUP | DRUMMOND LAW FIRM |
|---|---|
| By _____//Signed//_ (See attached)_____ <br> Kevin T. Strong, Esq. <br> Nevada Bar No. 12107 <br> 10801 W. Charleston Blvd. <br> Suite 560 <br> Las Vegas, Nevada 89135 <br> *Attorneys for Plaintiff* | By _____//E-Signed//_____ <br> Craig W. Drummond, Esq. <br> Nevada Bar No. 11109 <br> Joseph A. Tutone, Esq. <br> Nevada Bar No. 16333 <br> 3325 W. Sahara Avenue <br> Las Vegas, Nevada 89102 <br> *Attorneys for Plaintiff* |

I REQUEST AND APPROVE OF THE SUBSTITUTION:

See attached w/Signature
John Peterson
*Plaintiff*

<u>No objection to the proposed Stipulation and substitution:</u>

KEATING LAW GROUP

By____//E-Signed// (6/12/2024) _____
John T. Keating, Esq.
Nevada Bar No. 6373
9130 W. Russell Rd., Suite 220
Las Vegas, Nevada 89147
*Attorneys for Defendant United Financial Casualty Company*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge
DATED: June 18, 2024

Page 2