UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN PETERSON,<br><br>　　Plaintiff,<br><br>v.<br><br>UNITED FINANCIAL CASUALTY COMPANY,<br><br>　　Defendant. | Case No. 2:22-cv-01509-JCM-NJK<br><br>**Order** |

　　The parties filed a joint status report which seeks to extend the deadline for the joint pretrial order to February 20, 2025.  Docket No. 56.  A joint status report is an inappropriate method in which to seek relief from the Court.  Nonetheless, on this one occasion, the Court **EXTENDS** the deadline for the joint pretrial order to February 20, 2025.  To the extent any party seeks further relief or an order from the Court, such request must be made by motion or stipulation.  *See* Fed. R. Civ. P. 7(b).

　　IT IS SO ORDERED.

　　Dated: November 26, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge