```
SUBT
THOMAS E. WINNER
Nevada Bar No. 5168
LARA L. MILLER
Nevada Bar No. 12618
Winner & Booze
1117 S. Rancho Drive
Las Vegas, NV 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
twinner@winnerfirm.com
Attorney for Defendant
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN PETERSON, an individual, | CASE NO.: 2:22-cv-01509-JCM-NJK |
| Plaintiff, | SUBSTITUTION OF ATTORNEYS |
| vs. | |
| UNITED FINANCIAL CASUALTY COMPANY, a Foreign Corporation, | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Defendant, UNITED FINANCIAL CASUALTY COMPANY, in the above-entitled matter, hereby consents to the substitution of Thomas E. Winner, Esq. and Lara L. Miller, Esq., of the law firm of Winner & Booze, Ltd., in the place of John T. Keating, Esq., of the Keating Law Group.

DATED: 1/31/2025

Audra M. Dickens
_____
Representative on behalf of United Financial Casualty, Defendant

Page 1 of 3

1  John T. Keating, Esq., of the Keating Law Group does hereby consent to the substitution of
2  Thomas E. Winner, Esq. and Lara L. Miller, Esq., of the law firm of Winner & Booze, Ltd.

3  DATED: 1/15/25

4  KEATING LAW GROUP

6
7  John T. Keating
   Nevada Bar No. 6373
   9130 West Russell Road, Suite 220
8  Las Vegas, Nevada 89148

10  Thomas E. Winner, Esq., of WINNER & BOOZE hereby substitutes in as counsel of record
11  for Defendant, UNITED FINANCIAL CASUALTY COMPANY, for the above-captioned case in
12  place and stead of John T. Keating, Esq. of the Keating Law Group. Copies of all pleadings,
13  correspondence, and other relevant case information should be directed to new counsel at the
14  following address:

16  Thomas E. Winner, Esq.
    Lara L. Miller, Esq.
17  WINNER & BOOZE
    1117 South Rancho Drive
18  Las Vegas, Nevada 89102
    (702) 243-7000
19  (702) 243-7059 fax
    twinner@winnerfirm.com

22  DATED: 3 Feb 2025

    WINNER & BOOZE

    Thomas E. Winner
    Nevada Bar No. 5168
    Lara L. Miller
    Nevada Bar NO. 12618
    1117 South Rancho Drive
    Las Vegas, NV 89102

IT IS SO ORDERED.
Dated: February 4, 2025

Nancy J. Koppe
United States Magistrate Judge

Page 2 of 3