THOMAS E. WINNER
Nevada Bar No. 5168
LARA L. MILLER
Nevada Bar No. 12618
WINNER & BOOZE
1117 S. Rancho Drive
Las Vegas, NV 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
twinner@winnerfirm.com
lmiller@winnerfirm.com
*Attorney for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN PETERSON, an individual,<br><br>                          Plaintiff,<br><br>vs.<br><br>UNITED FINANCIAL CASUALTY COMPANY, a foreign corporation; DOES I-V; and ROE CORPORATIONS VI-X, inclusive<br><br>                          Defendants. | CASE NO.: 2:22-cv-01509-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO SUBMIT JOINT PRETRIAL ORDER (FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR 7-1, LR 26-1 and LR 26-3 and FRCP 26, the parties, by and through their respective counsel, respectfully submit this stipulation for extension of time to submit the Pretrial Order by a period of sixty (60) days. Counsel for the parties have conferred regarding this matter and agree that such an extension is appropriate and necessary for litigation efficiency and is supported by good cause. **The parties do not seek the extension or continuance of any other dates.**

   **1.    Discovery Completed to Date**

Discovery is now closed. The parties have exchanged initial and supplemental disclosures. The parties have propounded written discovery in the form of interrogatories, admissions, and

200-8841

requests for production of documents. The parties have engaged in deposition discovery and have exchanged initial and rebuttal expert disclosures.

**2.    Discovery That Remains to be Completed**

None.

**3.    Reasons Why Counsel Requests the Extension to Submit the Pre-Trial Order**

The request to extend the deadline to submit the Pre-Trial Order is made because the parties are attending Mediation on April 9, 2025, with the Honorable Peggy Leen (Ret.) in hope of resolving this matter. The parties require the additional time to participate in mediation. The parties believe that the sixty (60) day extension of the deadline for the Joint Pretrial Order is necessary and appropriate based upon the foregoing. The parties also believe good cause is demonstrated by the recited facts and in support of the extension of the instant deadline.

**4.    Proposed Schedule for Completion of Outstanding Discovery**

The parties respectfully propose the following deadlines:

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Last day to add parties or amend pleadings | -- | Closed |
| Initial Expert Disclosures | -- | Closed |
| Rebuttal Expert Disclosures | -- | Closed |
| Close of Discovery | -- | Closed |
| Dispositive Motions Deadline | -- | Closed |
| Pretrial Order | February 20, 2025 | **April 21, 2025** |

DATED this 19th day of February 2025.        DATED this 19th day of February 2025.

DRUMMOND LAW FIRM                            WINNER & BOOZE

*/s/Craig W. Drummond*                       */s/Lara L. Miller*

CRAIG W. DRUMMOND                            THOMAS E. WINNER
Nevada Bar No.: 11109                        Nevada Bar No.: 5168
LIBERTY A. RINGOR                            LARA L. MILLER
Nevada Bar No.: 14417                        Nevada Bar No.: 12618
810 S. Casino Center Blvd., Suite 101        1117 S. Rancho Drive
Las Vegas, Nevada 89101                      Las Vegas, Nevada 89102
*Attorneys for Plaintiff*                    *Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED** this  20th  day of February, 2025.

_____
UNITED STATES MAGISTRATE JUDGE