1  THOMAS E. WINNER
   Nevada Bar No. 5168
2  LARA L. MILLER
   Nevada Bar No. 12618
3  WINNER & BOOZE
   1117 S. Rancho Drive
4  Las Vegas, NV 89102
   Phone (702) 243-7000
5  Facsimile (702) 243-7059
   twinner@winnerfirm.com
6  lmiller@winnerfirm.com
   *Attorney for Defendants*

7

8                    UNITED STATES DISTRICT COURT

9                        DISTRICT OF NEVADA

10

11 JOHN PETERSON, an individual,                CASE NO.: 2:22-cv-01509-GMN-NJK

12         Plaintiff,                           **STIPULATION AND ORDER TO
                                                EXTEND DEADLINE FOR
13 vs.                                          DEFENDANT TO RESPOND TO
                                                PLAINTIFF'S MOTION IN LIMINE
14 UNITED FINANCIAL CASUALTY                    REGARDING JURY
   COMPANY, a foreign corporation; DOES I-V;    INSTRUCTIONS FOR BREACH OF
15 and ROE CORPORATIONS VI-X, inclusive         CONTRACT AND DAMAGES
                                                (FIRST REQUEST)**
16         Defendants.

17

18

19

20       Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, it is hereby stipulated by and between

21 Plaintiff, JOHN PETERSON, and Defendant UNITED FINANCIAL CASUALTY COMPANY, by

22 and through their respective counsel, that the deadline for Defendant to file its Response to Plaintiff's

23 Motion *in limine* Regarding Jury Instructions for Breach of Contract and Damages, filed on April

24 22, 2025 (ECF 65), shall be extended to Tuesday, May 13, 2025.

25

26       This extension is being sought because of the need for additional time to prepare Defendant's

27 response to the Motion. Attorneys Dan Polsenberg and Kory Koerperich only recently associated as

28 counsel for Defendant. The parties agree that this brief extension does not prejudice any of their

Page 1 of 2

200-8841

interests nor will it delay the proceedings. As such, the parties agree there is good cause for this extension.

DATED this 5th day of May 2025.                                    DATED this 5th day of May 2025.

DRUMMOND LAW FIRM                                                  WINNER & BOOZE

/s/Craig W. Drummond                                               /s/Lara L. Milller
_____                                        _____
CRAIG W. DRUMMOND                                                  THOMAS E. WINNER
Nevada Bar No.: 11109                                              Nevada Bar No.: 5168
JOSEEPH A. TUTONE                                                  LARA L. MILLER
Nevada Bar No.: 16333                                              Nevada Bar No.: 12618
810 S. Casino Center Blvd., Suite 101                              1117 S. Rancho Drive
Las Vegas, Nevada 89101                                            Las Vegas, Nevada 89102
*Attorneys for Plaintiff*                                          *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

Dated this __12__ day of May, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court