UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN PETERSON,<br>    Plaintiff(s),<br>v.<br>UNITED FINANCIAL CASUALTY COMPANY,<br>    Defendant(s). | Case No. 2:22-cv-01509-GMN-NJK<br>**Order** |

Due to conflicting duties of the Court, the settlement conference is CONTINUED to 10:00 a.m. on August 28, 2025. Settlement statements must be delivered to the undersigned's box in the Clerk's Office by 3:00 p.m. on August 21, 2025. All other requirements for the settlement conference remain unchanged. *See* Docket No. 74.

IT IS SO ORDERED.

Dated: July 17, 2025

                                                      Nancy J. Koppe<br>
                                                    United States Magistrate Judge