# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| John Peterson,<br><br>        Plaintiff(s),<br><br>v.<br><br>United Financial Casualty Company,<br><br>        Defendant(s). | Case No. 2:22-cv-01509-GMN-NJK<br><br>**Order**<br><br>[Docket No. 83] |

Pending before the Court is a stipulation to reschedule the settlement conference, Docket No. 83, which is **GRANTED**.  The settlement conference is **RESCHEDULED** for 1:00 p.m. on September 17, 2025.

IT IS SO ORDERED.

Dated: August 29, 2025

_____
Nancy J. Koppe
United States Magistrate Judge