```
1   THOMAS E. WINNER
    Nevada Bar No. 5168
2   LARA L. MILLER
    Nevada Bar No. 12618
3   WINNER & BOOZE
    1117 S. Rancho Drive
4   Las Vegas, NV 89102
    Phone (702) 243-7000
5   Facsimile (702) 243-7059
    twinner@winnerfirm.com
6   lmiller@winnerfirm.com
    Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN PETERSON, individually<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED FINANCIAL CASUALTY COMPANY, a foreign corporation; DOES I-V; and ROE CORPORATIONS VI-X, inclusive,<br><br>Defendants. | CASE NO: 2:22-CV-1509-GMN-NJK |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiff, John Peterson, by and through his counsel, Craig Drummond of the Drummond Law Firm and Peter Christiansen of Christiansen Trial Lawyers and Defendant, United Financial Casualty Company, by and through its attorneys, Thomas E. Winner and Lara L. Miller of the law firm of Winner & Booze, that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs, interest, and attorney's fees.

IT IS FURTHER STIPULATED that no jury fees were posted in the above-mentioned matter.

///

///

IT IS FURTHER STIPULATED THAT the trial date of December 1, 2025 is hereby vacated in this matter.

DATED this 11th day of December, 2025,

DRUMMOND LAW FIRM

_____
Craig W. Drummond, Esq.
Nevada Bar No. 11109
Joseph A. Tutone, Esq.
Nevada Bar No. 16333
3325 W. Sahara Avenue
Las Vegas, Nevada 89102

And

CHRISTIANSEN TRIAL LAWYERS
Peter S. Christiansen Esq.
Nevada Bar No. 5254
710 South 7th Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff

DATED this 15 day of December, 2025,

WINNER & BOOZE

_____
Thomas E. Winner, Esq.
Nevada Bar No. 5168
Lara L. Miller, Esq.
Nevada Bar No. 12618
117 S. Rancho Dr.
Las Vegas, NV 89102
*Attorney for Defendant*

## ORDER

IT IS SO ORDERED.

The Clerk of Court is kindly directed to close this case.

Dated this 15 day of December, 2025.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT